## RING ENGINEERING CO. v. OTIS ELEVATOR CO.
### No. 10116.

United States Court of Appeals
District of Columbia Circuit.

Argued Dec. 14, 1949.

Decided Jan. 23, 1950.

tion. Furthermore, appellant may not overturn a summary judgment by raising here an issue of fact that was not plainly disclosed as a genuine issue in the trial court. Fletcher v. Krise, 73 App.D.C. 266, 120 F.2d 809; Williams v. Kolb, 79 U.S. App.D.C. 253, 145 F.2d 344. Garrett Biblical Institute v. American University, 82 U.S.App.D.C., 265, 163 F.2d 265, is not to the contrary.

Affirmed.

## Donald M. ELLIS, Appellant, v. CAPITAL TRANSIT CO., a Corporation, Appellee.
### No. 10225.

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 11, 1950.

Decided Jan. 23, 1950.

Mr. James M. Earnest, Washington, D. C., for appellant.

Mr. Philip W. Amram, Washington, D. C., with whom Mr. Jerome J. Dick, Washington, D. C., was on the brief, for appellee.

Before EDGERTON, CLARK, and WASHINGTON, Circuit Judges.

PER CURIAM.

This case involves interpretation of a contract for installing elevators in an office building in Washington, D. C. We agree with the District Court's interpreta-

Mr. James F. Bird, Washington, D. C., for appellant.

Mr. Howard Boyd, Washington, D. C., with whom Mr. Paul R. Connolly, Washington, D. C., was on the brief, for appellee.

Before EDGERTON, CLARK, and WASHINGTON, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment on a directed verdict for the defendant in a suit for personal injuries. We find no error in the record. The judgment of the District Court is therefore affirmed.